1

2

3   UNITED STATES DISTRICT COURT

4   NORTHERN DISTRICT OF CALIFORNIA

5

6   STEVEN WAYNE BONILLA,                    Case Nos. 22-cv-5504-PJH

7             Plaintiff,                               22-cv-5505-PJH

                                                       22-cv-5506-PJH
8        v.                                            22-cv-5508-PJH

9                                                      22-cv-5509-PJH
    SIERRA COUNTY CLERK'S OFFICE                       22-cv-5510-PJH
10  et. al.,                                           22-cv-5511-PJH

11            Defendants.                              22-cv-5512-PJH

                                                       22-cv-5513-PJH
12                                                     22-cv-5514-PJH

13                                                     22-cv-5517-PJH

14                                                     22-cv-5518-PJH

15                                                     22-cv-5519-PJH

16                                                     22-cv-5520-PJH

                                                       22-cv-5526-PJH
17                                                     22-cv-5528-PJH

18                                                     22-cv-5529-PJH

19                                                     22-cv-5530-PJH

20                                                     22-cv-5531-PJH

21                                                     22-cv-5532-PJH

                                                       22-cv-5533-PJH
22                                                     22-cv-5561-PJH

23

24                                            **ORDER DISMISSING MULTIPLE**
                                              **CASES WITH PREJUDICE**
25

26       Plaintiff, a state prisoner, has filed multiple pro se civil rights complaints under 42

27  U.S.C. § 1983.  Plaintiff is a condemned prisoner who also has a pending federal habeas

28  petition in this court with appointed counsel.  *See Bonilla v. Ayers*, Case No. 08-0471

1  YGR.  Plaintiff is also represented by counsel in state court habeas proceedings.  *See In*
2  *re Bonilla*, Case No. 20-2986 PJH, Docket No. 1 at 7.

3      Plaintiff presents nearly identical claims in these actions.  He names as
4  defendants numerous county clerk's offices.  He seeks relief regarding his underlying
5  conviction or how his other cases were handled by the state and federal courts.

6      To the extent that plaintiff seeks to proceed *in forma pauperis* (IFP) in these cases,
7  he has been disqualified from proceeding IFP under 28 U.S.C. § 1915(g) unless he is
8  "under imminent danger of serious physical injury" at the time he filed his complaint.  28
9  U.S.C. 1915(g); *In re Steven Bonilla*, Case No. 11-3180 CW; *Bonilla v. Dawson*, Case
10  No. 13-0951 CW.

11      The allegations in these complaints do not show that plaintiff was in imminent
12  danger at the time of filing.  Therefore, he may not proceed IFP.  Moreover, even if an
13  IFP application were granted, his lawsuits would be barred under *Heck v. Humphrey*, 512
14  U.S. 477, 486-87 (1994), *Younger v. Harris*, 401 U.S. 37, 43-54 (1971), *Demos v. U.S.*
15  *District Court*, 925 F.2d 1160, 1161-62 (9th Cir. 1991) or *Mullis v. U.S. Bankruptcy Court*,
16  828 F.2d 1385, 1393 (9th Cir. 1987).  Accordingly, the cases are dismissed with
17  prejudice.

18      The clerk shall terminate all pending motions and close these cases.  The clerk
19  shall return, without filing, any further documents plaintiff submits in these closed cases.
20      **IT IS SO ORDERED.**
21  Dated: October 5, 2022

23      */s/ Phyllis J. Hamilton*
24      PHYLLIS J. HAMILTON
        United States District Judge

United States District Court
Northern District of California

2